IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01384-MSK-MJW

ADAM LAUNER,

Plaintiff(s),

v.

AUDIE VIGIL, et al.,

Defendant(s).

MINUTE ORDER RESETTING SCHEDULING/PLANNING CONFERENCE

It is hereby ORDERED that the Unopposed Motion to Reschedule Planning Conference, filed with the Court on August 19, 2008, Docket Number 6, is GRANTED. The scheduling conference set on September 24, 2008, at 8:30 a.m., is VACATED and RESET on October 16, 2008, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

It is FURTHER ORDERED that no later than 5 days prior to the Scheduling/ Planning Conference, counsel shall submit their proposed Scheduling Order (in PDF format) in compliance with the newly established ECF Filing Procedures. An additional copy shall be provided to chambers by e-mail (in WordPerfect format and as an attachment to the email) with the subject line proposed "Scheduling Order" to: Watanabe_Chambers@cod.uscourts.gov.

Date: August 20, 2008