IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No: 08-cv-01384-MSK-MJW

**Adam Launer,**

      Plaintiff,

v.

**Audie Vigil
John Does 1-3
Kroenke Sports Enterprises, LLC
City of Commerce City, Colorado,**

      Defendants.

---

## [Proposed] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (Docket No. 26)

---

This matter is before the Court on the unopposed motion of Plaintiff Adam Launer for leave to file an Amended Complaint and Jury Demand pursuant to Fed. R. Civ. P. 15(a)(2). A copy of the proposed Amended Complaint and Jury Demand was submitted with the motion. Upon due consideration, and being fully advised, the Court finds the motion well taken.

**IT IS THEREFORE ORDERED** that Plaintiff Adam Launer is hereby GRANTED leave to file an Amended Complaint and Jury Demand. And the motion (D.N 26) is granted. The Amended Complaint + Jury Demand is accepted for filing.

Date: September 24, 2008

      [signature]
Hon. Michael J. Watanabe
United States Magistrate Judge