IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01384-MSK-MJW

ADAM LAUNER,

    Plaintiff,

v.

AUDIE VIGIL,
JOHN DOES 1-3,
KROENKE SPORTS ENTERPRISES,LLC, and
CITY OF COMMERCE CITY, COLORADO,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE**
_____

    THIS MATTER is before the Court on the Stipulated Motion for Dismissal With Prejudice **(#43)** filed February 11, 2009. The Court having reviewed the foregoing:

    **ORDERS** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

    DATED this 11th day of February, 2009.

                              **BY THE COURT:**

                              Marcia S. Krieger
                              United States District Judge